No. 85–1517. COLORADO *v.* SPRING. Sup. Ct. Colo. [Certiorari granted, 476 U. S. 1104.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1581. SOLORIO *v.* UNITED STATES. Ct. Mil. App. [Certiorari granted, 476 U. S. 1181.] Motion of American Civil Liberties Union for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–1658. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* FLORIDA POWER CORP. ET AL.; and

No. 85–1660. GROUP W CABLE, INC., ET AL. *v.* FLORIDA POWER CORP. ET AL. C. A. 11th Cir. [Probable jurisdiction noted, 476 U. S. 1156.] Motion of the Solicitor General for divided argument granted.

No. 85–1804. WEST *v.* CONRAIL ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 1004.] Motion of petitioner to dispense with printing the joint appendix granted.